be defeated by the defendant's purchasing in a defence after the suit brought. 5 Johnson's Rep. 53. 3 Term. Rep. 186. 4 East. 507.

By the Court. The defendant being a stranger at the time of trial, and also, at the time of commencing the action, could not contest the division on the trial. After the evidence of the plaintiff, the burden lay on the defendant, to shew *his* right in the land, either at the time he was sued, or at the time of trial; his voluntarily parting with an interest purchased in the interim, cannot be a subject of complaint on his part. Purchasers under the *plaintiff* would be affected by the Judgment in the same manner as those under the defendant, yet as it is clear law that if the plaintiff parts with his title before trial he cannot recover. So the defendant parting with his interest in this case must have the same effect in his right in the suit.

Motion dismissed and Judgment rendered on verdict.

### No. 3.

. **EXECUTORS OF HODGES** *against* **PARKER.** *Franklin*, 1817.

PROPRIETORS, at a meeting under the statute, cannot divide the lands of a town, unequally in quantity : Acquiescence for any length of time will not cure this irregularity.

THIS cause had been tried, at December adjourned term, 1817, and a new trial awarded at the ensuing law term, on the following question :

The plaintiff offered to prove a division of the town by certain records of proceedings of the proprietors, at a meeting not legally warned and holden, and that the division made at said meeting was acquiesced in, by all the proprietors for so great a length of time, that many of the proprietors could hold by the statute of limitations, and insisted that such acquiescence established a good practical division. This evidence the Judge admitted, and charged the Jury that such practical division was good, and that the proprietors might divide their lands unequally in quantity, if fairly, and without fraud.

The Court affirmed the decision of the Judge, except that

the Court decided that the proprietors would not in any case, by proceedings under the statute divide their lands unequally in quantity, and that acquiescence for any length of time would not cure this irregularity. See Partition.